IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| C.G., et al | ) |
| | ) |
| v. | ) NO. 3-14-2309 |
| | ) JUDGE CAMPBELL |
| CHEATHAM COUNTY BOARD | ) |
| OF EDUCATION, et al. | ) |

ORDER

Pending before the Court is a Joint Motion to Approve Minor Settlement, appropriately filed under seal (Docket No. 54). The Motion is GRANTED, and the proposed settlement, as set forth in the Motion, is approved.

This action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any other pending Motions are denied as moot. The pretrial conference set for September 2, 2016, and the jury trial set for September 13, 2016, are canceled.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                                                     _____
                                                                                                     TODD J. CAMPBELL
                                                                                                     UNITED STATES DISTRICT JUDGE