UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

C.G., et al.

                        Plaintiff,

v.                                                          Case No.: 3:14–cv–02309
                                                            District Judge Todd J. Campbell

Cheatham County Board of Education, et al.

                        Defendant.

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/16/2016.

                                                                        Keith Throckmorton, Clerk
                                                                        s/ Ann Frantz, Deputy Clerk